UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN SEIN,<br><br>    Defendant. | C.A. No. 04-11558-NG |

## REQUEST FOR ENTRY OF DEFAULT

To:   Tony Anastas, Clerk of the United States District Court for the District of Massachusetts

Please enter the default of the Defendant, Juan Sein, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead of otherwise defend as appears from the attached affidavit.

> For the Plaintiff,
> **RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN**
> By his attorneys,
>
> _____
> Matthew E. Dwyer
> B.B.O. # 139840
> Kathleen A. Pennini
> B.B.O. # 654573
> Dwyer, Duddy & Facklam, P.C.
> One Center Plaza; Suite 360
> Boston, MA 02108-1804

Date:   September 24, 2004          (617) 723-9777

## **CERTIFICATE OF SERVICE**

      I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on the 24th of September 2004, to:

Juan Sein
88 Sumner Street
Dorchester, MA  02125

                                                          _____
                                                          Matthew E. Dwyer

Dated:  9/24/2004

f:\l25hsip\sein\plds\req.default.doc:blg