SCANNED
DATE: 9-28-04
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN, <br><br> Plaintiff, <br><br> v. <br><br> JUAN SEIN, <br><br> Defendant. | C.A. No. 04-11558-NG |

## REQUEST FOR ENTRY OF DEFAULT

To: Tony Anastas, Clerk of the United States District Court for the District of Massachusetts

Please enter the default of the Defendant, Juan Sein, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead of otherwise defend as appears from the attached affidavit.

For the Plaintiff,
RODNEY G. SMITH, EXECUTIVE
DIRECTOR of the TEAMSTERS UNION 25
HEALTH SERVICES AND INSURANCE
PLAN
By his attorneys,

Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy & Facklam, P.C.
One Center Plaza; Suite 360
Boston, MA 02108-1804
(617) 723-9777

Date: August 27 2004

## CERTIFICATE OF SERVICE

  I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on ~~Sept 24~~ Sept. 24 KAP , to:

Juan Sein
88 Sumner Street
Dorchester, MA 02125

_____
Matthew E. Dwyer

Dated: 9/24/04 ~~Sept~~ KAP

f:\l25hsip\sein\plds\req.default.doc:blg