SCANNED
DATE: 9-27-04
BY: [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 SEP 27 P 3: 52
DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN SEIN,<br><br>    Defendant. | C.A. No. 04-11558-NG |

## AFFIDAVIT OF MATTHEW E. DWYER

Matthew E. Dwyer, being duly sworn, deposes and states:

1. I am the Attorney for Rodney G. Smith, as he is Executive Director of the Teamsters union 25 Health Services and Insurance Plan (hereinafter, "Plaintiff"), and have personal knowledge of the facts set forth in this affidavit.

2. On July 13, 2004, Plaintiff filed a Complaint against Defendant, Juan Sein (hereinafter, "Defendant").

3. As indicated by proof of service previously filed with this Court, Defendant was served with a Summons and a copy of the Complaint in this matter on July 21, 2004.

4. More than 20 days have elapsed since the day on which the Defendant was served with the Summons and a copy of the Complaint.

5. Defendant has failed to plead or otherwise defend as to Plaintiff's Complaint or serve a copy of any answer or other defense which he may have had upon Matthew E. Dwyer or Kathleen A. Pennini, attorneys of record for Plaintiff.

6. This affidavit is executed by the affiant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling Plaintiff to obtain an Entry of Default against Defendant for its failure to answer or otherwise defend as to Plaintiff's complaint.

Singed under the pains and penalties of perjury this 22 day of April 2004.

_____
Matthew E. Dwyer

f:\l25hsip\sein\plds\affidavit.med.request.default.doc:blg