UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN SEIN,<br><br>    Defendant. | C.A. No. 04-11558-NG |

## PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

Now comes the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 55(b)(2) for the entry of a judgment by default in the form attached hereto and marked "A" as against Juan Sein.

In support of this motion, the Plaintiff respectfully refers this Court to the accompanying affidavit of Rodney G. Smith attached hereto and marked "B" and the affidavit of Matthew E. Dwyer, Esq., attached hereto and marked "C."

Respectfully submitted,
For the Plaintiff,
**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
By his attorneys,

/s/ Matthew E. Dwyer
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
Date:   November 20, 2004                      (617) 723-9777

### CERTIFICATE OF SERVICE

I, Matthew E. Dwyer, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on November 22, 2004 to:

Juan Sein
88 Sumner Street
Dorchester, MA  02125

/s/ Matthew E. Dwyer
Matthew E. Dwyer

Dated: November __, 2004

f:\l25hsip\sein\plds\motion.default.judgment.doc:blg

2