# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR** of the **TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,** <br> Plaintiff, <br><br> v. <br><br> **JUAN SEIN,** <br> Defendant. | C.A. No. 04-11558-NG |

## DEFAULT JUDGMENT

Gertner, D.J.

The Defendant, Juan Sein, having failed to plead, answer or otherwise defend in this action and whose default having been entered on October 21, 2004.

Now upon the application of the Plaintiff and the affidavit of Rodney G. Smith demonstrates that the Defendant currently owes Plaintiff the sum of $1,433.73 in delinquent repayments, interest in the sum of $100.36 and costs in the sum of $188.52 and the affidavit of Matthew E. Dwyer, demonstrating that the Plaintiff has spent $ 271.70 in attorney's costs in this matter; that the Defendant is not an infant, incompetent person, or in the military service of the United States; and is hereby:

ORDERED, ADJUDGED AND DECREED that the Plaintiff recover from Defendant, Juan Sein, the sum of $ 1,994.31, costs to be taxed by the Clerk.

Dated:_____          _____
                                 Hon. Nancy Gertner
                                 UNITED STATES DISTRICT JUDGE

f:\l25hsip\sein\plds\default.judgment.doc:blg