UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR<br>of the TEAMSTERS UNION 25 HEALTH SERVICES<br>AND INSURANCE PLAN,<br>     Plaintiff,<br><br>v.<br><br>JUAN SEIN,<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11558-NG<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MATTHEW E. DWYER IN SUPPORT OF
PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

1. My name is Matthew E. Dwyer. I am a member of the law firm Dwyer, Duddy and Facklam, Attorneys at Law, P.C., located at One Center Plaza, Boston, Massachusetts02108. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Massachusetts Supreme Judicial Court. As an attorney with Dwyer, Duddy and Facklam, Attorneys at Law, P.C., I concentrate on public and private sector labor law and litigation under the Employee Retirement Income Security Act of 1974 (ERISA). I have acted as legal representative of the Teamsters Union 25 Health Services and Insurance Plan (hereinafter, "Plan") and Rodney G. Smith for the purpose of the above-captioned action.

2. On October 27, 2004, I received a Notice of Default against the Defendant, Juan Sein in connection with the above-captioned action to recover $ 1,433.73 owed to the Plan plus interest, costs and attorneys fees.

3. Section 502(g) of ERISA provides that a plan may be awarded reasonable attorneys fees and costs of the action. 29 U.S.C. §1132(g)(1).

4. The amount of time this office has expended in this action for the period of July 7, 2004 through September 24, 2004 has been 1.43 hours.

5. Pursuant to financial arrangements made by this office with the Fund, services performed by this office for it in this action were charged, in increments of 1/10 of an hour, at the rate of $ 190.00 per hour. Therefore, the amount of attorney's fees incurred by the Fund in this action is $ 271.70 [1.43 hrs X $ 190.00].

6. The amount of cash disbursements that this office has expended in pursuing this action for the period of July 7, 2004 through September 24, 2004 has been $ 188.52. Therefore, the total amount of attorney's fees plus costs incurred in this action has been $ 460.22.

Signed under the pains and penalties of perjury of this 20th day of November 2004.

                                                /s/ Matthew E. Dwyer_____
                                                Matthew E. Dwyer, Esq.

f:\l25hsip\sein\plds\aff.med.attys.fees.doc:blg