UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN SEIN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11558-NG<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR SPECIAL PROCESS SERVER**

Plaintiff, Rodney G. Smith, Executive Director of Teamsters Union 25 Health Services and Insurance Plan, hereby moves this Court to appoint the Suffolk County Deputy Sheriff as a Special Process Server to serve the First Execution and Judgment by Default on the Defendant in this action.

Respectfully submitted,
For the Plaintiff,
**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
By his attorneys,

/s/ Kathleen A. Pennini
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Date:   April 15, 2005
f:\l25hsip\sein\plds\mot.specialprocessserver.doc:blg